ORIGINAL

FILED

JAN 12 2011

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| In Re: | ) Chapter 13 |
| FRED ASSADI | ) Case No. 07-52238 SLJ |
| | ) **NOTICE OF UNCLAIMED DIVIDEND** |
| Debtor | ) |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2482176 for an unclaimed dividend in the amount of $2.02. The name and address of the claimant entitled to the unclaimed dividend is as follows;

> FRED ASSADI
> 857 BASKING LN
> SAN JOSE, CA 95138

Dated: January 06, 2011

_____
DEVIN DERHAM-BURK, TRUSTEE